**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | **3-21CR0435-X** |
| DAVID ANIMASHAUN (01) | CRIMINAL NO. |
| OLUWALOBAMISE MICHAEL MOSES (02) | |
| IRABOR FATARR MUSA (03) |  |
| IJEOMA OKORO (04) | U.S. DISTRICT COURT |
| CHUKWUEMEKA ORJI (05) | NORTHERN DISTRICT OF TEXAS |
| EMANUEL STANLEY ORJI (06) | FILED |
|   aka Roland Iheke | SEP 1 5 2021 |
|   aka Roland Chukwunwokeoch Iheke | CLERK, U.S. DISTRICT COURT |
| FREDERICK ORJI (07) | By_____ Deputy |

**INDICTMENT**

The Grand Jury charges:

Count One
Conspiracy to Commit Wire Fraud
[Violation of 18 U.S.C. § 1349 and 18 U.S.C. § 1343]

1. Beginning at least as early as January 24, 2017, and continuing through at least July 11, 2017, the exact dates being unknown to the Grand Jury, in the Northern District of Texas, and elsewhere, the defendants, **David Animashaun, Oluwalobamise Michael Moses, Irabor Fatarr Musa, Ijeoma Okoro, Chukwuemeka Orji, Emanuel Orji,** and **Frederick Orji,** did knowingly combine, conspire, confederate, and agree together, and with each other, and with others known and unknown to the Grand Jury, to commit the following offense, namely to knowingly and willfully devise a scheme and

artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme to defraud did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds, specifically, wire transfers of funds from romance scam victims into accounts the co-conspirators controlled, in violation of Title 18, United States Code, Section 1343.

Purpose of Conspiracy and Scheme to Defraud

2. The purpose of the conspiracy was to: (a) make materially false and fraudulent pretenses, representations, and promises to individuals targeted on dating websites about their identities to induce the targets of the romance scams to send them funds; and (b) use the proceeds received from the romance scams for their own benefit and for purposes other than those represented to the romance scam victims.

Manner and Means of the Conspiracy and Scheme to Defraud

3. It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which the defendants and their co-conspirators carried out the conspiracy, that:

    a. Co-conspirators targeted older, often widowed or divorced individuals, with savings, as romantic interests on dating websites such as Bumbledate.com and Match.com;

b. Co-conspirators created false and fraudulent identities and backgrounds on dating websites to appear to be individuals living in the United States to gain the romance victims' confidence and trust;

c. Co-conspirators often communicated with their romance scam victims through the dating websites as well as via email and text but never met their victims in person;

d. After developing the romance victims' confidence and trust, the co-conspirators falsely and fraudulently claimed that they had to travel abroad for business and then falsely and fraudulently claimed they were unable to access their bank accounts in the United States;

e. Co-conspirators then directed the romance scam victims to send money to specific accounts under false and fraudulent pretenses;

f. Co-conspirators typically removed the funds received from romance scams victim from the account that initially received them within days by making cash withdrawals, buying cashier's checks, or transferring the funds to other accounts;

g. Once a romance scam victim had sent money to one co-conspirator, that victim was often instructed to send money to other co-conspirators;

h. After the co-conspirators depleted the victims of all funds the victims were able and willing to send, often depleting victims' of their entire savings, the co-conspirators stopped communicating with the victims.

4. It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which the defendants and their co-conspirators carried out the conspiracy, that:

   a. Using the alias "George Mike," **Oluwalobamise Michael Moses** directed romance scam victim MK, an individual he met on Match.com, to open a bank account in the name Khushbu Trading Company, LLC;

   b. On or about January 23, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK did two telephone transfers of $8,000 from Khushbu's account ending in 6856 at J.P. Morgan Chase Bank, N.A. in Northville, Michigan, into a bank ending in 0502 at J.P. Morgan Chase Bank whose sole signatory is **Oluwalobamise Michael Moses**;

   c. On or about January 24, 2017, **Oluwalobamise Michael Moses** wired $11,405 from his account ending in 0502 at J.P. Morgan Chase into a bank ending in 1988 held at Capital One, whose sole signatory is **David Animashaun**;

   d. On or about January 24, 2017, one or more co-conspirators using the name "Wayne Power" caused romance scam victim whose initials are JSK, met through Bumbledate.com, to wire $45,465 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to an account ending in 9570 at Regions Bank in DeSoto, Texas, in the name of OCS Realty Co. whose sole signatory is **Chukwuemeka Orji**;

e. On or about January 25, 2017, **Chukwuemeka Orji** withdrew $44,000 from his account ending in 9570 at Regions Bank;

f. On or about January 25, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK did a phone funds transfer of $9,000 from Khushbu's account ending in 6856 at J.P. Morgan Chase Bank, N.A. in Northville, Michigan, into a bank ending in 0502 at J.P. Morgan Chase Bank whose sole signatory is **Oluwalobamise Michael Moses**;

g. On or about January 25, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK transferred $6,600 from her personal account ending in 8186 at J.P. Morgan Chase Bank, N.A. in Northville, Michigan, into a bank ending in 0502 at J.P. Morgan Chase Bank whose sole signatory is **Oluwalobamise Michael Moses**;

h. On or about January 26, 2017, **Oluwalobamise Michael Moses** wired $15,000 from his account ending in 0502 at J.P. Morgan Chase into a bank ending in 1988 held at Capital One, whose sole signatory is **David Animashaun**;

i. On or about January 26, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $34,487 from her Wells Fargo bank account ending in 9516 to an account ending in 9570 held at Regions Bank in the name of OCS Realty Co. whose sole signatory is **Chukwuemeka Orji**, purportedly for shipping insurance on a tent;

j. On or about January 27, 2017, **Chukwuemeka Orji** withdrew $34,000 in two transactions from his account ending in 9570 held at Regions Bank;

k. On or about January 31, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $27,650 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to Khushbu Trading Company, LLC's account ending in 6856 held at J.P. Morgan Chase Bank, N.A., purportedly for custom fees;

l. On or about February 2, 2017, at the direction of "George Mike," aka **Oluwalobamise Michael Moses**, MK wired $33,791 to an account ending in 0502 held at J.P. Morgan Chase Bank, N.A., at Frankford Crossing in the name of sole signatory **Oluwalobamise Michael Moses**;

m. From or about February 3, 2017, through February 6, 2017, **Oluwalobamise Michael Moses** made four withdrawals totaling $26,900 from his account ending in 0502;

n. On or about February 17, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $53,892 from her Charles Schwab Institutional account ending in 9089 in Santa Barbara, California, to an account ending in 5270 held at J.P. Morgan Chase Bank, N.A., at Renner and Custer, Texas, in the name of Prime Global Shipping and Logistics, whose sole signatory is **Fatarr Irabor Musa**, purportedly for maintenance;

o. On or about February 18, 20, and 21, 2017, **Fatarr Irabor Musa** wrote four checks on that account totaling $50,439;

p. On or about March 16, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $25,000 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to an account ending in 4431 held at Bank of America in Garland, Texas, in the name of IJ Global Link whose sole signatory is **Ijeoma Okoro**, purportedly for maintenance;

q. On or about March 17, 2017, **Okoro** withdrew $10,800 from her account ending in 4431 held at Bank of America; on March 20, 2017, **Okoro** withdrew another $15,000; and on March 20, 2017, **Okoro** purchased a cashier's check of $7,500 made payable to **David Animashaun**;

r. On or about March 20, 2017, **David Animashaun**, deposited a cashier's check in the amount of $7,500 drawn on **Ijeoma Okoro**'s IJ Global Link account into his account ending in 1988 held at Capital One;

s. On or about March 20, 2017, **David Animashaun** transferred $2,500 to his own savings account ending in 3406 at Capital One and withdrew the remaining $5,000;

t. On or about March 23, 2017, one or more conspirators using the name "Wayne Power" caused victim JSK to wire $40,000 from her Wells Fargo bank account ending in 9516 in Santa Barbara, California, to an account ending in 1122 held at Citibank, N.A. in Brooklyn, New York, in the name

of UFO Trading whose sole signatory is **Frederick Orji**, purportedly for additional parts;

u. On or about March 27, 2017, **Frederick Orji** wired $37,000 from his UFO Trading account at Citibank to a different UFO Trading account he controlled at Wells Fargo ending in 5588;

v. On or about March 28, 2017, **Frederick Orji** withdrew $20,000 from his Wells Fargo ending in 5588, and on March 30, 2017, he withdrew another $14,000;

w. On or about June 5, 2017, one or more conspirators using the name "Wayne Power" caused victim JDK to wire $35,000 from her Bank of America bank account ending in 2149 in Fountain Valley, California, to an account ending in 1122 held at Citibank, N.A. in Brooklyn, New York, in the name of UFO Trading (and nicknamed Wayne Enterprises LLC) whose sole signatory is **Frederick Orji**, purportedly to pay for tents;

x. On or about June 7, 2017, **Frederick Orji** sent a wire $29,750 from account ending in 1122 to an account ending 3250 held at Houston Federal Credit Union in Sugarland, Texas, in the name of "Bunsunad."

y. On or about June 9, 2017, one or more conspirators using the name "Wayne Power" caused victim JDK to wire $10,000 from her Bank of America bank account ending in 2149 in Fountain Valley, California, to an account ending in 1122 held at Citibank, N.A. in Brooklyn, New York, in the name

of UFO Trading (and nicknamed Wayne Enterprises LLC) whose sole signatory is **Frederick Orji**, purportedly to pay for tents;

z. On or about June 12, 2017, **Frederick Orji** wired $6,100 from his Citibank account ending in 1122 to an account ending 9165 held at Bank of America in Brooklyn, New York, in the name of "chika peace madu." On June 14, 2017, **Frederick Orji** wired $7,598 from the account ending in 1122 to an account ending 3250 held at Houston Federal Credit Union in Sugarland, Texas, in the name of "Bunsunad."

aa. On or about July 10, 2017, one or more conspirators using the name "Wayne Power" caused victim JDK to wire $7,000 from her Bank of America bank account ending in 9593 in Fountain Valley, California, to an account ending in 6763 held at J.P. Morgan Chase Bank, N.A., in Arlington, Texas, in the name of E.O.S. Trading Company whose sole signatory is **Emanuel Orji**, purportedly to pay for a contract;

bb. On or about July 11, 2017, **Emanuel Orji**, through three different financial transactions, withdrew $6,900 from his account ending in 6763 at J.P. Morgan Chase Bank, N.A.

All in violation of 18 U.S.C. § 1349.

<u>Count Two</u>
Conspiracy to Launder Monetary Instruments
[Violation of 18 U.S.C. §§ 1956(h) and 1957]

Beginning at least as early as January 24, 2017, and continuing through at least July 11, 2017, the exact dates being unknown to the Grand Jury, in the Northern District of Texas, and elsewhere, the defendants, **Irabor Fatarr Musa, Ijeoma Okoro, Chukwuemeka Orji**, and **Frederick Orji**, did knowingly combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States in violation of 18 U.S.C. § 1956(h), namely:

(a) to knowingly engage, or attempt to engage, in a monetary transaction involving the proceeds of a specified unlawful activity, namely, conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349, in an amount greater than $10,000, by, through, or to a financial institution and that while engaging and attempting to engage in such monetary transaction, knew that the property involved in the transaction was criminally derived, in violation of 18 U.S.C. § 1957.

All in violation of 18 U.S.C. § 1956(h).

<u>Notice of Criminal Forfeiture</u>
[18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1)]

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 1349 and 1343, the defendant(s), **David Animashaun, Oluwalobamise Michael Moses, Irabor Fatarr Musa, Ijeoma Okoro, Chukwuemeka Orji, Emanuel Orji, and Frederick Orji,** shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the scheme to defraud.

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of any offense in violation of 18 U.S.C. § 1956(h), the defendants, **Irabor Fatarr Musa, Ijeoma Okoro, Chukwuemeka Orji, and Frederick Orji,** shall forfeit to the United States of America any property, real or personal, involved in the money laundering conspiracy, and any property traceable to such property.

The property to be forfeited includes, but is not limited to:

- The property to be forfeited may take the form of a forfeiture "money" judgment; and
- Substitute property as allowed by 28 U.S.C. § 2461(c), 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p).

[nothing further on this page]

A TRUE BILL

*[signature]*
FOREPERSON


PRERAK SHAH
ACTING UNITED STATES ATTORNEY


*Mary Walters*
MARY WALTERS
Assistant United States Attorney
Texas State Bar No. 24003138
1100 Commerce Street, Suite 300
Dallas, Texas  75242-1699
Telephone: 214.659.8600
Email: mary.walters@usdoj.gov


*George Leal by MFW*
GEORGE LEAL
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce Street, Suite 300
Dallas, Texas  75242-1699
Telephone: 214.659.8600
Email: George.Leal@usdoj.gov

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DAVID ANIMASHAUN (01)
OLUWALOBAMISE MICHAEL MOSES (02)
IRABOR FATARR MUSA (03)
IJEOMA OKORO (04)
CHUKWUEMEKA ORJI (05)
EMANUEL STANLEY ORJI (06)
aka Roland Iheke
aka Roland Chukwunwokeoch Iheke
FREDERICK ORJI (07)

SEALED INDICTMENT
18 U.S.C. § 1349 and 18 U.S.C. § 1343
Conspiracy to Commit Wire Fraud
(Count 1)

18 U.S.C. §§ 1956(h) and 1957
Conspiracy to Launder Monetary Instruments
(Count 2)

18 U.S.C. § 981 (a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1)
Forfeiture Notice

2 Counts

A true bill rendered

FORT WORTH                                                                 FOREPERSON

Filed in open court this 15th day of September, 2021.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending