IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID ANIMASHAUN (01)<br>OLUWALOBAMISE MICHAEL MOSES (02)<br>IRABOR FATARR MUSA (03)<br>IJEOMA OKORO (04)<br>CHUKWUEMEKA ORJI (05)<br>EMANUEL STANLEY ORJI (06)<br>   aka Roland Iheke<br>   aka Roland Chukwunwokeoch Iheke<br>FREDERICK ORJI (07) | FILED UNDER SEAL<br><br>NO. 3-21CR0435-X<br><br> |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the Indictment returned by the grand jury in the above-captioned criminal case.

The government requests that the Indictment remain sealed until such time as the defendants named in the Indictment are apprehended and make an initial appearance in federal court, or until further order of the Court. The government believes that the public release of the names of the defendants who have not been apprehended would undermine the pursuit of justice and possibly allow the defendants to flee, destroy evidence, or obstruct justice. The government, however, requests that it be allowed to

provide a defendant with a copy of the Indictment after the defendant is apprehended.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*Mary Walters*

MARY WALTERS
Assistant United States Attorney
Texas State Bar No. 24003138
1100 Commerce Street, Suite 300
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Email: mary.walters@usdoj.gov

*George Leal by MFW*

GEORGE LEAL
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce Street, Suite 300
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Email: George.Leal@usdoj.gov