IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:21-CR-00435-N |
| IJEOMA OKORO (4) | § § | |

## ORDER

Before the Court is the Defendant's Motion to Substitute Counsel and/or in the Alternative, Be Designated Co-Counsel to Mr. Philip Hayes filed April 15, 2022. The Court has also reviewed the government's response and the defense's reply to the motion. The Court denies the motion based on the potential conflict of interest.

Signed May 3, 2022.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE