IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:21-CR-435-N |
| IJEOMA OKORO (4) | § | |

**ORDER**

This case is presently set for trial on November 13, 2023. When the Court granted Defendant Okoro's recent unopposed motion for continuance (October 20, 2023) and set the trial for this date, the Court understood that the case would take four trial days. However, at the recent pretrial conference, counsel advised the Court that the case will likely take at least seven trial days.

This presents multiple difficulties for the Court. Considering the Court's scheduled Thanksgiving recess, it is likely that trial on the current setting would continue into the week of November 27, 2023. That means that in jury selection, the Court would need to find jurors who could attend trial over three consecutive weeks during the holiday season. It also means that the jury, if seated, would have a lengthy recess either shortly before closing arguments or during deliberations. These challenges are easily avoided by continuing the trial.

The Court finds that the ends of justice served by a short continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above and therefore orders a short continuance. This case is set for trial on this Court's one-week docket beginning November 27, 2023.

ORDER – PAGE 1

Signed November 13, 2023.

_____
David C. Godbey
Chief District Judge

ORDER – PAGE 2