IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:21-CR-00435-N |
| IJEOMA OKORO (4) | § | |

## ORDER OF REFERENCE

Before the Court is the Defense Counsel's Motion to Withdraw filed April 2, 2024.

Under the authority of 28 U.S.C. § 636 (b), this matter is hereby referred to United States Magistrate Judge Rebecca Rutherford, for a hearing if necessary and determination.

Signed April 12, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE